# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00075-CV

**Billy Lee Copeland**

**v.**

**Ashley Nicole Moreland**

(No. 1964 IN COUNTY COURT OF FRANKLIN COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FILING | $100.00 | PAID | THE BOLTON LAW FIRM, PC |
| STATEWIDE EFILING FEE | $20.00 | PAID | THE BOLTON LAW FIRM, PC |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | THE BOLTON LAW FIRM, PC |
| INDIGENT | $25.00 | PAID | THE BOLTON LAW FIRM, PC |
| MOTION FEE | $10.00 | E-PAID | RUBY  BOLTON |
| CLERK'S RECORD | $25.00 | PAID | RUBY K. BOLTON |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this April 30, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy